This document contains some
pages that are of poor quality
at the time of imaging.

30,410-06

From: Don Anthony Bonner          April 7, 2015
      TDCJ No. 1819637
      C.T. Terrell Unit
      1300 FM 655
      Rosharon, Texas 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 14 2015

Abel Acosta, Clerk

To: Abel Acosta, Clerk
    Court of Criminal
    Appeals of Texas
    P.O. Box 12308
    Capitol Station Austin Tx.
    78711

RE: writ of Mandamus
    Tr.ct. No. 12691860

Dear Mr. Acosta,
    Enclosed Please find one Original
copy of Relator writ of Mandamus
Exhibits A, B, C, D and Affidavit of Inability
to pay cost and court fees. Please file
these Papers and bring to the courts
prompt Attention.
    I do greatly Appreciate your time
and Assistance in this matter. By
copy of this cover letter I have for-

ward to the Clerk of the trial Court of
Tarrant County.

Sincerly, Don Anthony
Don Anthony Bonnihs.

In RE Don Anthony Bonner, Relator

In Review Trial Count No. 1269186
In the 432nd Judicial District Court
Tarrant County
Presiding Judge Ruben Gonzales.
Respondents.

Don Anthony Bonner
TDCJ No. 1819637
1300 FM 655
C.T. Terrell Unit
Rosharon, Texas 77583
Pro-se

( Cover Page )

# Table of Contents

Table of Contents _ _ _ _ _ _ _ _ _   i

Identity of Parties _ _ _ _ _ _ _ _   ii

Table of Authorities _ _ _ _ _ _ _   iii

Statement of Case _ _ _ _ _ _ _ _ _   1, 2

Statement of Jurisdiction _ _ _ _ _ _   2

Issues Presented _ _ _ _ _ _ _ _   2, 3

Statement of Facts _ _ _ _ _ _ _ _   3, 4

Arguments (A) _ _ _ _ _ _ _ _   4, 5, 6, 7

Prayer for Relief _ _ _ _ _ _ _ _ _   7, 8

Certification of Service _ _ _ _ _ _   8

Appendix Attachments _ _ _ _ _ _ _   A, B, C, D

Appellate Rules _ _ _ _ _ _ _   1, 6

i

IN RE DON ANTHONY BONNER RELATOR CAUSE No. 1269186O
Writ of Mandamus

## Identity of Parties and Court

Don Anthony Bonner TDCJ No. 1819637 is the relator in this case and is presently a inmate confined at the C. T Terrell Unit, 1300 FM 655 Rosharon Texas 77583

The presiding Judge is the Honorable Ruben Gonzales of the 432 nd. District Court of Tarrant County Texas.

Thomas A. Wilder is Tarrant County District Clerk At 401 WEST BELKNAP STREET Forthworth Texas

Agie Taylor is the Court Reporter at 401 WEST BELKNAP STREET. Forthworth Texas

ii

# Table of Authorities

IN RE BATES  65 S.W.3d. 133 _ _ _ _ _ _ _ _ _ _ pg. 5

Burns v. Ohio  79 SCT. 1164 _ _ _ _ _ _ _ _ pg. 6

IN RE CHAVES  62 S.W.3d. 225 _ _ _ _ _ _ _ _ pg. 5

Griffin v Illonosis  76 SCT. 100 _ _ _ _ _ _ _ pg. 6

Johnson v Fourth Court of Appeals 700SW2d. 916 _ pg. 5

REMIRER  994  S.W2d. 682 _ _ _ _ _ _ _ pg. 5

Safety-Kleen v. Garcia  945 S.W2d. 268 _ _ pg. 5

Wortham v Walker  128 S.W2d. 1138 _ _ _ _ pg. 5

Texas Appellate Rules of Court

Rules. 52.1, 52.3, 52.3j _ _ _ _ _ _ _ pg. 1, 2

Rules. 34.6, 34. 6 (B) (C) (i) _ _ _ _ _ _ pg. 6

iii

CAUSE No. 1269 1860

In Re Don Anthony Bonner     Texas Court of Criminal
Relator            Appeals, Austin Texas

                  Tarrant County Texas

In Re Don Anthony Bonner, Relator   Cause No. 1269 1860
Writ of Mandamus

Now Comes, Don Anthony Bonner, Relator, Pro-se
seeking to move this Court pursuant to Texas
Rules of Appellate Procedures Rules 52.1, 52.3
And 52.3; will show the court the following:

<u>STATEMENT OF CASE</u>

    Relator, Don Anthony Bonner, was convicted
by a Jury trial of the felony offense of un-
Lawful possession of a firearm by a felon
and sentence to 42 years in The Texas Dept.
of Criminal Justice (TDCJ), In the 432 Ju-
dicial District Court of Tarrant County Texas.
    Relator Appeal this Conviction, on December
27, 2013. The court of Appeals Second District
of Texas Affirm the Conviction No. 02-12-00534
CR Bonner v. State.

(1.)

On September 17, 2014 The Court of Criminal Appeals of Texas COA No. 02-12-00534-CR petition for discretionary review was Refused. See at Appendix marked Exhibit (A).

After exhausting his remedies on Direct Appeal Relator has submitted several motions for Free Paper Copies of the Court Records and Reporters records to perfect a petition for writ of certiorari to the United States Supreme Court and adequately prepare a State writ of Habeas Corpus. See Exhibits (B) (C) (D) Attached to the Appendix of this petition

## Jurisdiction

Pursuant to Appellate Rules 52.1, 52.3 and 52.3; this court has Jurisdiction to hear this petition. Relator has rights to Appeal, and Rights to Records to meaningfully present Appeals. This is not a plea-Bargain case.

## Issues Presented

• Trial Courts Denial and failures to Rule or hold hearings on Motion Request for

(2)

Free paper court Records and Reporters Transcripts, for Indigent Pro-se Inmate.

## STATEMENT of FACTS

Relator is a Inmate proceeding Pro-se on Appeal - Post Conviction, who is Indigent without funds to pay cost for paper Records. Relator is confine at the C.T. Terrell Unit 1300 FM 655 Rosharon Texas.

Relator has Exhausted his Remedies on direct Appeal in case No. 02-12-00534-CR Bonner v. State and PDR - 0706-14 was Refused on September 17, 2014. See Exhibit (A) Attached to the Appendix of this petition.

Since then Relator has filed several Motions and letters to the trial court and court Reporter seeking paper Records and trial Transcripts in order to perfect a writ of Certiorari to the United States Court of Appeals and writ of Habeas Corpus in State and Federal Courts. Relators writ of certiorari was due in December of 2014. See Exhibit (A). On October 10, 2014 Relators Motion Requesting Free Copy of Trial court clerk's and Reporters Records

(3)

WAS NEVERED CONSIDER OR RULED ON by the COURTS. As a direct result Relator was NOT able to prepare and present his Appeal to the United States Court of Appeal with reference to the Records As Required by the rules of the court. See Exhibit (B) Attached to the Appendix of this petition.

Additionaly, And Afterwards Relator file a couple motions DATED. Nov. 3, 2014 And Dec. 1, 2014 Requesting Free paper Records And Trial Transcripts. However and of the contrary the trial court Never made a Ruling on the motions.

On February 6, 2015 Relator filed a motion to Hold a hearing for REQUEST for Free Reporters Trial Transcripts (Paper Copies) And Trial Records. This Motion was filed on March 19, 2015 And Noted Denied. See Exhibit (D) Attached to the Appendix of this petition.

(A)

**Arguments Presented**

Trial Courts Denial And failures to rule on hearings on Motion Request for Free paper

(4)

Trial Court Records And Reporters Transcripts for Indigent Pro-se Inmates

## Standard of Review

When a motion is properly filed and pending before the court the act of considering and resolving it is ministerial. See In Re Chavez 62 S.W3d. 225,228. The need to consider and rule upon a motion is not a discretionary act. See In Re Bates 65 S.W3d. 133 And Remirer 994 S.W2d. 682 (Tex App. 1998) When a motion is properly filed and pending the act of considering and resolving it is ministerial And the trial court is required to consider And rule upon the motion within a reasonable time. Safety-Kleen Corp. v. Garcia 945 S.W2d. 268 Mandamus issues only to correct a clear abuse of discretion or the violation of a duty Imposed by law when there is No other Adequate remedy by law. See Johnson v. Fourth Court of Appeals 700 S.W2d 916,917 (Tex App. 1985). Traditionally the writ of Mandamus issued only to compel the performance of a ministerial act or duty Wortham v Walker 128 S.W2d. 1138.

(5)

RELATOR CONTEND AND POINTS OUT that he has INVOKED TEXAS RULES OF COURT AND APPELLATE RULES. 34.6 AND 34.6(B)(C)(1) AND ASSERT AND declare he is Indigent AND Poor AND CAN NOT PAY COST for the trial COURTS AND COURT REPORTERS PAPER RECORDS AND TRANSCRIPTS.

Relator contends he is ENTITLED to RED-RESS Appeals. AND Habeas Corpus Relief. The REQUESTED documents AND PAPER Records AND Trial Transcripts ARE ESSENTIAL for RELATOR to RESEARCH the hearing which is Vital to Any Appeal. Specifically the trial transcripts paper Records. RELATOR points out that his need for trial transcripts ARE vital to ANY Adequate Appeal or habeas Relief Relator Argues without these Records to Review his CONSTITUTIONAL Rights will be Violated AND would prevent him from pursuing his STATE AND Federal habeas Corpus Appeals Adequately, due to the Absence of the the Court Reporters Record; AND Motions filed in trial court. SEE. Griffin v. ILLinois 76 SCT. 100 AND Burns v. Ohio 79 SCT. 1164

(6)

Relator further Argues and ask this court to take Judical Notice that the (CD) that the court Reporter has provided is useless to an inmath in the Texas Department of Criminal Justich at the T.C. Terrell Unit. The warden and the law library Suphivisor has refused to provide copies for relator. Relator further declares he is Indigent and does not have a Third Party that can make copies for him from the (CD).

## Requested Relief

For these Reasons Presented, and for the Ends of Justick to perfect Appeals. Relator petitions this court to considhe this petition and grant the Requested Relief:

(1) To order the trial court to order the District Clerk, Thomas A Wildhe and Court Reporthe Angie Taylor to furnish Relator with Free paper Copies of the trial court Clerk and Reporthis Records and Trial Transcripts

(2) OR Loan the relator copy of the trial Clerk and Reporthis Records for (45) days by sending the Records to care of

(7)

C.T. Terrell Unit Access to Courts Supervisor Yolanda James, AT 1300 FM 655 Rosharon Texas 77583

Wherefore, Premises considered, Relator prays that this man petition is granted so it is prayed.

Respectfully Submitted

/s/ Don a Bonner
Don Anthony Bonner
TDCJ No. 1819637

## Certification of Service

I, Don Anthony Bonner, do hereby certify that a true and correct copy of this petition for writ of Mandamus was served to clerk of court listed below Executed on this 7 day of April 2015.

/s/ Don a Bonner
Don Anthony Bonner
TDCJ No. 1819637
C.T. Terrell Unit
1300 F.M. 655
Rosharon Texas 77583
Pro - Se

In Re Don Anthony Bonner, Relator Court No. 1269186

Affidavit of Don Anthony Bonner Inability to Pay Court Cost for Paper Records of Clerk and Reporters Records and Transcripts

I Don Anthony Bonner declare and depose as follow: My Name is Don Anthony Bonner I am over the age of twenty-one, of sound mine capable of making this Affidavit and personally Acquainted with the facts here in stated.

I am presently a Inmate confined in the Texas Department of Criminal Justice And is the defendant in Caush No. 1269186 in the 432nd Judicial District Court Tarrant County. In support for my request for Free court Records, I declare that I am Indigent And Poor not Able to Earn or handle money to pay cost for Paper Copies.

I do not have a banking Account or Trust funds. I do not own Any stocks or bonds. I do not own a Car or boats. My Spouse and I are no longer together.

I some time receive small Amount of

(1)

of money from family and friends to purchase Hygiene Necessities. Because I am poor I can not pay for paper records. and Court Cost.

I, Don Anthony Bonner declare under the penalty of perjury that the fore going is true and correct. Executed on this ___ day of April 2015

B/Don A Bonner
DON ANTHONY BONNER
TDCJ No. 1819637

(2)

CAUSE No. 1269/860

Exhibit (A)



# STICKELS & ASSOCIATES, P.C.

www.StickelsLaw.com

770 N. Fielder Road
P. O. Box 121431
Arlington, Texas 76012
Phone: (817) 479-9282
Fax: (817) 622-8071

**John W. Stickels, JD, PhD**
*Founding Partner*
**BOARD CERTIFIED**
Texas Board of Legal Specialization
CRIMINAL APPELLATE LAW
CRIMINAL LAW
John@StickelsLaw.com

**Bethel Zehaie, JD**
*Associate*
Bethel@StickelsLaw.com

**Angela Stickels**
*Paralegal/Office Manager*
Angela@StickelsLaw.com

September 18, 2014

Mr. Don Anthony Bonner
TDC # 01819637
TDCJ- Terrell Unit
1300 FM 655
Rosharon, TX 77583

    Re:    Your Appeal

Dear Mr. Bonner:

The Texas Court of Criminal Appeals denied your Petition for Discretionary Review on September 17, 2014. I have attached copies of their decision for your review.

The next step in the direct appeals process would be a Petition for Writ of Certiorari to the United States Supreme Court. You have the right to file a Petition for Writ of Certiorari to the United States Supreme Court. However, the Petition would need to be filed within ninety (90) days of the date upon which the Texas Court of Criminal Appeals denied your Petition for Discretionary Review. In your case, that would mean that your Petition would need to be postmarked no later than December 12, 2014. You will not be able to request an extension.

The next step in the process would be that your conviction will become final, a mandate would issue, and your conviction would be final. If you have any questions regarding this letter, please feel free to contact me at the address listed above.

Yours truly,

John Stickels
John W. Stickels

JWS:mg
Enclosures

**9/17/2014**           **COA No. 02-12-00534-CR**

**BONNER, DON ANTHONY Tr. Ct. No. 1269186D**   **PD-0706-14**

On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

DISTRICT ATTORNEY  TARRANT COUNTY
JOE SHANNON, JR.
401 WEST BELKNAP
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *

# Exhibit (B)

THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

OCT 10 2014 *Copy to State Defense*

TIME _____
BY _____ DEPUTY

CAUSE NO. 1269186D

THE STATE OF TEXAS

vs.

DON ANTHONY BONNER

IN THE 432ND JUDICIAL

DISTRICT COURT OF §

TARRANT COUNTY, TEXAS

## DEFENDANT'S POST-CONVICTION MOTION REQUESTING FOR FREE COPY OF TRIAL COURT CLERK'S AND REPORTER'S RECORDS AND TO AID IN FILING A PRO SE PETITION FOR WRIT OF CERTIORARI TO THE SUPREME COURT OF THE UNITED STATES

TO THE HONORABLE JUDGE RUBEN GONZALEZ OF 432ND DISTRICT COURT OF TARRANT COUNTY, TEXAS:

Defendant, DON ANTHONY BONNER, pursuant to the provisions of Section 13.003 of Tex. Civ. Prac. & Rem. Code and Rule 25 of Tex. R. App. Proc., and in conjunction with the U.S. Const. Amend. XIV and Art. I § § 12 & 19 of Tex. Const., files this motion requesting for a free copy of the trial court's clerk's and reporter's records in this instant criminal case and in order to aid him in the filing of his pro se petition for writ of certiorari to the Supreme Court of the United States, and would respectfully show unto this honorable Court the following:

I.

On September 12, 2014, the Texas Court of Criminal Appeals refused the defendant's Petition for Discretionary Review filed on his behalf by his court appointed appellate attorney John W. Stickels in PDR Case No. PD-0706-14, styled case **Don Anthony Bonner v. The State of Texas**. Therefore, the defendant has until December 12, 2014, to file a pro se Petition for Writ of Certiorari with the Supreme Court of the United States.

II.

Defendant's court appointed appellate attorney John W. Stickels raised

-1-

the grounds of review of: (1). The Texas Second Court of Appeals erred when it failed to find that the trial court erred to denying the defendant's motion to suppress evidence seized from his Gardenia Street residence; and (2) The Texas Second Court of Appeals erred when it did not find insufficient evidence to support the defendant's conviction for the offense of possession of a firearm by a felon... in the petition for discretionary review he filed on the defendant's behalf with the Texas Court of Criminal Appeals. See Bonner v. State, PDR No. PD-0706-14 (Tex. Crim. App. 2014, PDR filed May 30, 2014).

### III.

The Defendant will present the "question" to the Supreme Court of the United States as: "Does the JACKSON v. VIRGINIA, 443 U.S. 307 (1979) standard prohibit a reviewing appellate court from re-evaluating the weight and credibility of the evidence presented at a criminal defendant's jury trial upon considering an insufficiency of the evidence point of error." In as, the Texas Second Court of Appeals ruled that their court of appeals can not re-evaluate the weight and credibility of the evidence and substitute the judgment for that of the factfinder. See Tex. 2nd COA Opinion at Page 6-7, Bonner v. State, Appeal No. 02-12-00534-CR (Tex. App. - Fort Worth, Dec. 27, 2013).

### IV.

Defendant is urgently in need of his trial court clerk's and reporter's records to aid him in preparing and filing his pro se petition for writ of certiorari, and to further argue his preserved insufficiency of the evidence ground for review and to amend/supplement on the claim that the State wholly failed to prove beyond a reasonable doubt that he possessed a firearm after conviction and before the fifth anniversary of his release from confinement following conviction of the felony and/or release from parole. Thus, without the trial court clerk's and reporters's records he will be precluded from meritoriously arguing this insufficiency of the evidence claim to the Supreme Court of the United States in his pro se petition for writ of certiorari.

-2-

## V.

The defendant's questions and arguments to the Supreme Court of the United States are not frivolous, and also the defendant has been already declared indigent prior to trial, at trial and on appellate review to the Texas Second Court of Appeals and the Texas Court of Criminal Appeals. Therefore, he should be provided with a free copy or loan a copy of his trial court clerk's and reporter's records, and in order so he can adequately, effectively and meaningfully present the substantial question to the Supreme Court of the United States in his pro se petition for writ of certiorari.

## VI.

The best ends of justice will be served by this honorable Court and by granting this motion and ordering the District Clerk, Thomas A. Wilder, of this Court to furnish the defendant with a free copy of the trial court clerk's and reporter's records or loan the defendant a copy of the trial court clerk's and reporter's records for forty-five (45) days by sending the records to the defendant's TDCJ-CID Charles T. Terrell Unit's Access to Courts Supervisor Yolanda James, 1300 FM 655 - Terrell Unit, Rosharon, Texas 77583.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this motion is granted.

Respectfully submitted,

DON ANTHONY BONNER
Defendant -- Pro se
TDCJ # 1819637
1300 FM 655 - Terrell Unit
Rosharon, Texas
77583

-3-

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was placed in my TDCJ-CID C.T. Terrell Unit Mailbox for processing through the TDCJ Mailing System, and for forwarding by U.S. Mail to the District Attorney, Joe Shannon Jr., of Tarrant County, Texas, 401 W. Belknap Street, Fort Worth, Texas 76196-0402, on this 4th day of October, 2014.

Don Anthony Bonner

CAUSE NO. 1269186D

THE STATE OF TEXAS

vs.

DON ANTHONY BONNER

IN THE 432ND JUDICIAL

DISTRICT COURT OF

TARRANT COUNTY,TEXAS

ORDER

On this _____ day of _____, 2014, came to be heard Defendant's Post-Conviction Motion Requesting for Free Copy of Trial Court Clerk's and Reporter's Records and To Aid In Filing a Pro se Petition for Writ of Certiorari to the Supreme Court of the United States" and it appears to this Court that this said motion has merit, and so it is ORDERED that the District Clerk, Thomas A. Wilder, of Tarrant County, Texas, to provide the Defendant with a free copy of the trial court clerk's and reporter's records and by forwarding the trial court's records by U.S. Mail immediate as possible to the Defendant Don Anthony Bonner -- TDCJ # 1819637, 1300 FM 655 - Terrell Unit, Rosharon, Texas 77583/loan the entire trial court's records to the Defendant by forwarding the records to his TDCJ-CID C.T. Terrell Unit Access to Courts Supervisor Yolanda James at 1300 FM 655 - Terrell Unit, Rosharon, Texas 77583 and for forty-five (45) days.

_____
Judge Presiding
432nd District Court of
Tarrant County, Texas

Cause No. 12691860

Exhibit (c)

From: Don Anthony Bonner          11/3/14
        TDCJ No. 01819637
        Terrell Unit
        1300 F.M. 655
        Rosharon, Texas 77583

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS
NOV 12 2014
TIME 2:30
BY_____ DEPUTY

To: Tarrant County District Clerk
      Criminal Records
      401 W. Belknap
      Fort Worth, Texas 76196


Re: Request for Records, Affidavit of Inability to pay cost
Cause No. 1269186 D.


Dear Clerk of court,
Enclosed please find one Copy Each of Don
Anthony Bonner Petitioner's Pro-Se Motion
Requesting Documents and Records, and
Affidavit of Inability to pay court cost
and fees. The Judge of Court has given Pet-
itioner permission to Appeal and Petitioner
has the right to file a writ of habeas corpus.
pursuant to Article 11.07 of The Texas Code
of Criminal Procedure. Please file these
papers and bring to the courts prompt
attention. I do greatly Appreciate your
time and Assistance in this matter.

                              Sincerely
                              Don A. Bonner.

From: Don Anthony Bonner       11/3/14

    TDCJ No. 01819637

    Terrell Unit

    1300 F.M. 655

    Rosharon, Texas 77583


To: Tarrant County District Clerk

    Criminal Records

    401 W. Belknap

    Fort Worth, Texas 76196


Re: Request for Records, Affidavit of inability to pay cost

    Cause No. 1269196 D.


Dear Clerk of court,

Enclosed please find one copy each of Don Anthony Bonner Petitioner's Pro-se Motion Requesting Documents and Records, and Affidavit of inability to pay court cost and fees. The Judge of Court has given Petitioner permission to Appeal and Petitioner has the right to file a writ of habeas corpus pursuant to Article 11.07 of The Texas Code of Criminal Procedure. Please file these papers and bring to the courts prompt attention. I do greatly appreciate you time and assistance in this matter.

                   Sincerely

                   Don A. Bonner

Don Anthony Bonner   S   In The 432 nd.
   Petitioner    S
        S   District Court of
        S
Vs.        S
        S   Tarrant County
The State of Texas.   S
   Respondant    S   Cause No. 1269186 D

Petitioners Request for Court Records And Documents.

To the Honorable Judge of said Court:
  Now comes Petitioner Don Anthony Bonner Pro-se seeks to move this court for copy of court records and Trial transcript In order to perfect his Appeal through the Judicial System. In Support of Petitioner will show the following:

(1) On December 27, 2013 the Court of Appeals for the second District of Texas Fort Worth Affirm the conviction for unlawful possession of a firearm by a felon.

(2) On Sept. 17, 2014 The Court of Criminal Appeals of Texas refused Appellants petition for discretionary review (COA No. 02-12-00534-CR)

(3) In order to perfect a writ of Habeas Corpus In State And Federal Court Petitioner will need:
   (1) Trial transcripts
   (2) Summary of court docket

(1)

(3). Indictment

(4). Search Warrant and Affidavit

(5) Copy of Conviction and Judgment

(4) Petitioner will be prejudice in trying to
prefect his Appeal pro-se without these
records and court documents and denied
a meaningful Appeal process.

(5) For these reasons mentions Petitioner pray
that this court will grant this motion
in all things. So it is prayed.

Respectfully, Submitted

/s/ _____

Don Anthony Bonner
TDCJ No.

Certification of Service

I, Don Anthony Bonner do hereby certify that
the foregoing is true and correct and was
served by placing the same in a U.S. Mail
Box on this 3 day of Sept. 2014 address
to:

Clerk of Court                    /s/ _____

Don A. Bonner
TDCJ No.
C.T. Terrell Unit
1300 F.M 655
Rosharon, Texas

(2)

Don Anthony Bonner          S    In The 432nd
        Petitioner, pro-se    S
                              S    District Court of
    v.                        S    Tarrant County.
                              S
STATE OF TEXAS               S    Cause No. 1269186D
                              S

## Petitioner's Affidavit of Inability to Pay Cost

I, Don Anthony Bonner declare, depose and say
I am the petitioner in this above entitled case.
In support of my Motion for records and docum-
ents to proceed without being required to pay
court cost and fees for records requested to
perfect appeal and writ of Habeas Corpus.
    I state because of my poverty and In-
carceration in Texas Department of Criminal
Justice I am not able to earn or handle
Money. I am unable to pay cost for copy
of court records and transcripts. I currently
recieve a small amount of money from family
to purchase hygene Necessities here on this unit.
I do not own any stocks, bonds or have a bank
Account.
    I further declare I am of sound mind and
state the above to be true and correct.
Executed on this 3 day of Sept. 2014.

                                H
                        _____
                        Don Anthony Bonner.
                        TDCJ No. 1819637

Cause No. 1369186 D          Dec, 1, 2014
                                  filed

THE STATE of TEXAS          C     In The 432nd Judicial

                            C

VS.                         C     District Court of

                            C     Tarrant County, Texas

Don Anthony Bonner          C

                            C

Petitioner's Motion to Obtain Trial Transcripts, Hearing Transcripts Records, All Documents In All Proceedings In Above Said Cause and Number Under Informa Pauperis Status.

To the Honorable Judge of court and Angie Taylor Court Reporter:

Now comes Petitioner/Defendant Don Anthony Bonner, Pro-se in this Above said cause of action and Respectfully moves this court to allow him to proceed with this cause through informa pauphis status seeking to obtain copies of all vital Records, Trial transcripts, Hearing transcripts Indictment and other court documents, that Petitioner/Defendant is entitled to as the basis for this Motion. In support of Petitioner will show the following.

(1) Defendants Affidavit ~~to~~ of Inability to pay court cost. Attached to

(1)

the Appendix of this motion.

(2). Brief In support of Motion

## I.
### Brief in Support

Petitioner invokes Texas Rules of court and Appellate Rules 34.6 and 34.6 (b) (c) (1), AND Assert and declare he is indigent and can not pay cost for Reporters Records and Transcripts.

Petitioner is entitiled to Redress by Habeas Corpus relief and Appeals. The requested documents and Records described below are essential for him to research the hearing which is vital to the above Stated cause.

Specifically asserts that the trial transcripts, hearing Transcripts Records, indictments, and all Documents in all Proceedings in cause No. 1269186D are essential for Petitioners research and Appeals.

Petitioner contends that his need for trial transcripts are vital to any Adequate Appeal or Habeas Relief. Without these Records Petitioner Argues and Points out his constitutional Rights will be violated and would prevent him from pursuing his writ of Habeas Corpus or Appeals...

(2)

due to the absence of the Court Reporters Records described above. See. Griffin v. Illinois 76 SCT. 100, Burns v. Ohio 79 SCT. 1164 and Appellate Rules of Court Rule 34.6.

Petitioner further states that the requested Trial transcripts, Hearing Transcripts and all other documents in the proceeding cite above are in the possession of the Honorable Judge Ruben Gonzalez, Court Reporter, Angie Taylor and District Clerk Thomas A. Wilder of Tarrant County Texas. Petitioner has attached to the Appendix of this Motion his Affidavit of Inability to pay cost.

### Requested Relief

Wherefore premises are considered Petitioner Defendant pray that this court will grant this Motion and give the court order to the Court Reporter and District Clerk to foward the copies of the requested court records and documents described in this Motion. So it is Prayed.

Respecthully Submitted

/S/ Don Anthony Bowen

Donc A. Bowen

TDCJ No. 0819637

(3)

## CERTIFICATION OF SERVICE

I, Don A. Bonner do hereby certify that the foregoing is true and correct and was served by placing the same in a U.S. postal box on this ___1___ day of Dec. 2014 address to:

Court Reporter
Angie Taylor
401 West Belknap St.
Fort Worth, Texas 76196

Tarrant County Dist Clerk
Thomas A. Wilder.
401 West Belknap St.
Fort Worth Texas 76196

Respectfully Submitted.
[s] Don Anthony Bonner
Don A. Bonner.
TDCJ No. 01819637
C.T. Terrell Unit
1300 F.M. 655
Rosharon Texas 76196
Pro-Se

(4)

Don A. Bonnier          S          In The 432 nd

v.                      S          District Court of
                        S          Tarrant County
State of Texas          S          Cause No. 1269186 D
                        S

Defendant / Petitioner Affidavit of Inability to pay cost and Court fees

I, Don A. Bonnier declare and depose that I am the Defendant / Petitioner in the above entitled case. In support for my motion for Trial transcripts and records and other related document in the case styled above. I state that I am Indigent and have no money to pay for these court records. My poverty and Incarceration In The Texas Dept. of Criminal Justice, I am not able to earn or handle money to pay cost for the copy of records and Transcripts. I do not have a bank account, own any stocks or cars or boats. I currently receive a small amount of funds from family and friends to buy necessities and hygienes while in prison.

I declare under penalty of perjury that the fore going is true and correct. Executed on this 1st day of December 2014

                                        /S/ Don Anthony Bonner

Cause No. 12691860

Exhibit (D)

From: Don Anthony Bonner 2/6/15

TDCJ No. 1819637

C. T. Terrell Unit

1300 FM 655

Rosharon, Texas 77583


To: Thomas A. Wilder

District Court Clerk

401 West Belknap

Fort Worth, Texas 76196

DENIED
SAG 1/19/16

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

MAR 19 2015

TIME 9:50
BY _____ SR _____ DEPUTY
Copy-
State
Defender

RE: Case No. 1269186D Bonner v. State

Motion for Hearing for Free Records

Dear Clerk.

Enclosed please find one Original Petitioners
Motion to Hold hearing for Free Reporters Trial
Transcripts - Paper Copies and Trial Records of trial
And one Petitioners Affidavit of Inability to
Pay cost for Records. Please file these Papers
And bring to the prompt attention to the
Judge of said Court By copy of this cover
letter I have forward a copy of these papers
to Angie Taylor Court Reporter. Thank you
for your time and Assistance. Would you
Please provide me with a stamp copy of this
cover letter for my Records.

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

MAR 19 2015
TIME 9:50
BY 3R DEPUTY

CAUSE No. 1269186 0

| | | |
|---|---|---|
| THE STATE OF TEXAS | | IN THE 432nd Judicial |
| VS. | | District Court of |
| | | TARRANT County TEXAS |
| Don Anthony Bonner Petitioner | | |

## Petitioner's Motion to Hold a hearing for Request for Free Reporters Trial Transcripts Paper Copy And Trial Paper Records of Trial

Petitioner Don Anthony Bonner was convicted by a jury trial of the felony offense of unlawful possession of a fire arm by a felon and sentence to 42 years in the Texas Department of Criminal Justice in the 432 Judicial District Court of Tarrant County Texas.

Petitioner Appeal this conviction. On Dec. 27, 2013 the Court of Appeals Second District of Texas Affirm the Conviction No. 02-12-00534-CR Bonner v State. Petitioners out of Time PDR was denied. Petitioner has not been able to perfect a writ of Certiorari with specification of the stage and facts in the proceedings both in trial court and Appellate Courts nor has

(1)

Petitioner been able to review the paper records and Trial Transcript to perfect and present any meaningful State or Federal writ of Habeas Corpus.

## Jurisdiction

This Court has Jurisdiction to hear and rule on this motion because Petitioner was convicted and Sentence in this court.

Now Comes Petitioner Don Anthony Pro-se in the above styled cause respectfully seeks to move the Honorable Judge and Court to hold a hearing for Petitioner's request for Free Copy of Reporter Trial Transcripts - Paper Copies and Paper Copies of Trial Records and documents pursuant to Texas Rules of Appellate procedure Rules 34.6 and 34.6 (b) (c) (1) will show the following

## Brief in Support
### (A)

Petitioner contend he is entitle to present a motion to hold a hearing for his request for Paper Copies and Free Reporter Trial Transcript and Trial documents, because the Motion is

(2)

the need to consider and rule upon a motion is NOT A discretionary act. see BATES 65 S.W3d 133 (Tex App 2001). when a motion is properly filed And pending before a trial Court the act of considering and resolving is a Ministrial Duty see. Safety-Kleen Corp. v. Garcia 945 S.w2d 268.

Secondly Petitioner contend and declare to this Court he is Indigent and not able to pay cost for Paper Copies and Court fees. And has Attached to the Appendix of this motion Petitioners Affidavit of Inability to pay cost and fees.

Here Petitioner contend and invokes Texas Appellate Rules 34.6 and 34.6(6)(C)(1) to move the court to hold a hearing and Order Court Reporter Angie Taylor to prepare and Send Petitioner Paper Copies of All itemized Reporters Records And Trial Transcripts of Cause No. 12691860 as described below:

### Paper Copies Requested.

Vol. 1 - Master Index - $ 19.50
Vol. 2 - Jury Voir Dire - $ 235. 30
Vol. 3 - Trial on Merits - $ 367. 90
Vol. 4 - Trial on Merits - $ 228.80

Vol. 5 - Trial on Merits   # 9.10
Vol. 6 - Trial on Punishment  # 72.80
Vol. 7 - Exhibit Index   # 7.80

Petitioner Lunthur contends he is entitled to redress by Appeals and State and federal Habeas Corpus relief, and the requested paper document and trial records described above are essential for him to research the trial hearings and proceedings which are vital to his Appeals and Habeas writs, specifically the trial transcripts. Petitioner Lunthur contends without a timely review and research of these paper records petitioner will be prejudice by time limitations of State and federal Habeas writs and thereby violating Petitioners constitutional rights due to the absence of the Court Reporters paper records described above. See Griffin v. Illinosis 76 SCT. 100 and Burns v. Ohio 79 SCT. 1164

## Requested Relief

Wherefore petitioner seeks to move this court to give the order to the Court Reporter Angie

(4)

Taylor at 401 W. Belknap, Fort Worth Texas
to prepare and present paper copies of the
records and transcript describe above or
Loan Petitioner a copy of the trial court
Clerks and court Reporters records for (60)
days by sending the paper copies of record
to C.T. Terrell Unit Access to courts Supervisor
Ms. Yolanda James at 1300 F.M 655 Terrell Unit
Rosharon, Texas 77583.

Petitioner would further mention that he
is not able to use a (CD) because he has no
Access to the use of a computer while an
Inmate in TDCJ and has no Third Party to
make copies for him.

Where fore premises are considered, Petitioner
pray this motion is granted.

Respectfully Submitted.

Don Anthony Bonner
Petitioner — Pro Se
TDCJ No. 1819637
C.T. Terrell Unit
1300 F.M. 655
Rosharon Texas 77583

(5)

## CERTIFICATE OF SERVICE

I, Don Anthony Bonner do hereby certify that a true and correct copy of the foregoing Motion to Hold a hearing for Request for Free Reporters Trial Transcripts Paper Copies and Trial Paper Records was served by placing the same in A U.S. Mail Box. Executed on this 6 day of March 2015 Address to the clerk of court listed below:

Respectfully Submitted

Don A Bonner

Don Anthony Bonner
Petitioner — Pro-Se
TDCJ No. 1819637
C.T. Terrell Unit
1300 FM 655
Roshavon, Texas 77583

Tarrant County
District Clerk
Thomas A Wilder
401 West Belknap
Forthworth Texas
76196

Court Reporter
Angie Taylor
401 West Belknap
Forthworth Texas 76196

(6)

Don Anthony Bonner | In The 432nd

v | District Court of
| Tarrant County

State of Texas | Cause No. 1269860

## Don Anthony Bonner Affidavit of Inability to Pay Cost for Court Records and Court Reporter Records

I, Don Anthony Bonner declare and depose as follows:

My name is Don Anthony Bonner. I am over the age of twenty-one, of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

I am presently a inmate incarcerated in The Texas Department of Criminal Justice (TDCJ) at the C.T Terrell Unit located in Rosharon Texas.

In support for my request for Free Trial Transcripts and trial Records in regards to Cash No. 1269860 State v. Bonner. I declare that I am indigent and not able to earn or handle money to pay cost for paper copies of Trial Transcripts as a inmate in (TDCJ). I do not have a banking or saving account, I do not own

(1)

stocks, boats or cars. I do not have any rent houses. My spouse and I are separated. I currently receive a small amount of funds from family and friends to purchase necessities and personal hygene while incarcerated.

I declare under penalty of perjury that the foregoing to be true and correct. Executed on this 6 day of March 2015.

/s/ Don A Bonner
Don Anthony Bonner
TDCJ No. 01819637

Don Anthony Bonner
Tocs No. 1819639
C. T. Terrell Unit.
1300 F.M. 655
Rosharon, Texas 77583

NORTH HOUSTON TX 773

09 MAR 2015 PM8L

Thomas A Wilder
District Court Clerk
401 West Belknap
Fort Worth, Texas 76196

DABL

76196